STATE OF NEW JERSEY v. JOSE LUIS PEREZ.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL PENNELLA.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WARREN.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LYNN.

December 8, 1987.

Petition for certification denied.